CHARLES J. JETER *v.* STATE OF MARYLAND

[No. 136, September Term, 1978.]

*Decided February 2, 1979.*

Submitted by *Sheldon Rubenstein* for appellant.

Submitted by *Stephen H. Sachs, Attorney General, Clarence W. Sharp* and *Alexander L. Cummings, Assistant Attorneys General,* for appellee.

## PER CURIAM ORDER

It is this <u>second</u> day of February, 1979

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Criminal Court of Baltimore be, and it is hereby, vacated and the case remanded to that Court for a new trial; and it is further

ORDERED that the mandate shall issue forthwith.